AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

WILLIAM MORRIS

v.

AMERICAN BIOSCIENCE, INC., et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 7525

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendants' motion to transfer venue [doc. no. 43-1]. This case is hereby transferred to the Central District of California. This case is terminated. This is a final and appealable order.

NOV 0 3 2004

Michael W. Dobbins, Clerk of Court

Date: 11/2/2004

Carole J. Gainer, Deputy Clerk

60