# United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

| Michael W. Dobbins, Clerk | November 24, 2004 | Office of the Clerk (312) 435-5691 |

Ms. Sherri R. Carter, Clerk
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: WILLIAM MORRIS, etc., VS. AMERICAN BIOSCIENCE, INC., et al,
US DISTRICT COURT, N.D. IL, E.DIV., CASE NO. 03-CV-7525

Dear Clerk:

Enclosed is the certified record which is being transferred to your Court pursuant to an order entered by the Honorable Ronald A. Guzman on November 2, 2004.

The filing fee of $150.00 was paid by the plaintiff and has been reported to Washington as an earning in this office.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

Angela Revis, Deputy Clerk

Enc.

cc: Counsel of record

New Case No. CV04-10266-DT (MANx)   Date: 12-16-04



FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC -2 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY