

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM MORRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN BIOSCIENCE, INC., AMERICAN PHARMACEUTICAL PARTNERS, INC., and PATRICK SOON-SHIONG,<br><br>Defendants. | Civil Action No. 03-CV-7525<br>(Guzman)<br><br>FILED<br>FEB 1 4 2005<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective January 31, 2005, Schiffrin & Barroway, LLP's office will be relocated as follows:

> Schiffrin & Barroway, LLP
> 280 King of Prussia Road
> Radnor, PA 19087

The firm's telephone and facsimile numbers will remain the same.

Dated: January 21, 2005

Respectfully submitted,

SCHIFFRIN & BARROWAY, LLP

Marc Willner
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Change of Address has been served, via first class mail, this date, upon the following:

Lasky & Rifkind, LTD
351 West Hubbard Street
Suite 406
Chicago, IL 60610

Ira A. Schochet
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017

Marvin A. Miller
Miller Faucher and Cafferty, LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Dated: January 25, 2005